**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
MOBILE DIVISION**

| | | |
|---|---|---|
| In re | ) | Chapter 13 |
| | ) | |
| JIMMY LEE COLEMAN and | ) | Case No. 16-00183 |
| GLORIA ANN CARTER, | ) | |
|   Debtor(s) | ) | |
| | ) | |

**REQUEST OF RECOVERY MANAGEMENT SYSTEMS CORPORATION
FOR SERVICE OF NOTICES PURSUANT TO FED. R. BANKR. P. 2002(g)**

PLEASE TAKE NOTICE that Recovery Management Systems Corporation, as authorized agent for Orion (SHOE SHOW 785), a creditor in the above-captioned chapter 13 case, requests, pursuant to Rules 2002 and 9007 of the Federal Rules of Bankruptcy Procedure (the Bankruptcy Rules) and sections 102(1), 342 and 1109(b) of title 11 of the United States Code, 11 U.S.C. §§ 101, et seq. (as amended, the Bankruptcy Code), that all notices given or required to be given and all papers served or required to be served in this case be also given to and served, whether electronically or otherwise, on:

      Orion
      c/o Recovery Management Systems Corporation
      25 SE 2nd Avenue, Suite 1120
      Miami, FL 33131-1605
      Telephone: (305) 379-7674
      Facsimile: (305) 374-8113
      E-mail: claims@recoverycorp.com

Dated: Miami, Florida
January 31, 2016

                                                    By: /s/ Ramesh Singh

                                                    Ramesh Singh
                                                    c/o Recovery Management Systems Corporation
                                                    Financial Controller
                                                    25 SE 2nd Avenue, Suite 1120
                                                   Miami, FL 33131-1605
                                                   (305) 379-7674

Assignee Creditor: SHOE SHOW 785